**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                         Case No. 06-cr-103-PB

<u>Sherry Roderick</u>

<u>**O R D E R**</u>

The defendant, through counsel, has moved to continue the August 15, 2006 trial in the above case, citing the need for additional time to conduct discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 15, 2006 to October 3, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The court will hold a final pretrial conference on September 25, 2006 at 4:45 p.m.

    SO ORDERED.

                                                 /s/Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

August 11, 2006

cc:  Harry Batchelder, Esq.
     Donald Feith, AUSA
     United States Probation
     United States Marshal