**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　Case No. 06-cr-103-PB

<u>Sherry Roderick</u>

**O R D E R**

The defendant, through counsel, has moved to continue the October 3, 2006 trial in the above case, citing a conflict with counsel's trial docket.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 3, 2006 to December 5, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The court will hold a final pretrial conference on November 21, 2006 at 3:15 p.m.

    SO ORDERED.

                                           /s/Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

October 3, 2006

cc:  Harry Batchelder, Esq.
     Donald Feith, AUSA
     United States Probation
     United States Marshal