**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

**v.**                                    Case No. 06-cr-103-PB

**Sherry Roderick**


**O R D E R**

The defendant has moved to continue the December 5, 2006 trial in the above case, citing the need for additional time for Dr. Drukteinis to complete an examination of the defendant.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 5, 2006 to February 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 21, 2006 final pretrial conference is continued to January 17, 2007 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 21, 2006

cc:  Harry Batchelder, Esq.
     Donald Feith, AUSA
     United States Probation
     United States Marshal