**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                            Criminal No. 06-103-01-B

<u>Sherry Broderick</u>

**O R D E R**

     The defendant has moved to continue the March 6, 2007 trial in the above case.  Defendant cites the need for additional time to negotiate a plea.  The government does not object to a continuance of the trial date.

     Accordingly, in order to allow the parties additional time for plea negotiations and properly prepare for trial, the court will continue the trial from March 6, 2007 to April 3, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 21, 2007 final pretrial conference is continued until March 27, 2007 at 2:00 pm for either a plea or final pretrial.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

February 14, 2007

cc: Harry C. Batchelder, Esq.
    Donald A. Feith, Esq.
    United States Probation
    United States Marshal