**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

      **v.**                                                    Case No. 07-cr-103-PB

<u>**Sherry Roderick**</u>

<u>**O R D E R**</u>

The defendant has moved to continue the April 3, 2007 trial in the above case, citing the need for additional time to address medical issues that may impact her ability to go to trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 3, 2007 to June 5, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on May 23, 2007 at 4:15 p.m.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 30, 2007

cc:  Peter Papps, Esq.
     Michael Smith, Esq.
     United States Probation
     United States Marshal