**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                      Case No. 06-cr-103-PB

<u>Sherry Roderick</u>

**O R D E R**

The defendant, through counsel, has moved to continue the June 5, 2007 trial in the above case, citing the need for additional time to discuss medical issues that may impact her ability to go to trial and to prepare a defense or other disposition.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2007 to July 10, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 23, 2007 final pretrial conference is continued to June 28, 2007 at 4:30 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 22, 2007

cc:   Harry Batchelder,Esq.
      Donald Feith, Esq.
      United States Probation
      United States Marshal